UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

In re: **Axel Fire, LLC, a New Mexico limited liability company**

Debtor.

Case No.

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Fed. R. Bankr. P. 7007.1(a), the undersigned identifies the following corporations (other than governmental units), that directly or indirectly own 10% or more of any class of the undersigned's equity interests:

☑ None [*Check if applicable*]

Date: 11/16/2018

AXEL FIRE, LLC

By: _____
Signature
Name: Nathan Lind on behalf of LGE2, LLC
Title: Majority Holder & Managing Member

NM LF 7007.1
Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy